**~~PROPOSED~~ ORDER/COVER SHEET**

TO: The Honorable Thomas S. Hixson  RE: LOGGINS, Deshaun
U.S. Magistrate Judge

FROM: Silvio Lugo, Chief  Docket No.: 3:23-CR-00042-TLT-2
U.S. Pretrial Services Officer

Date: 4/6/23

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Brad Wilson                                          415-837-3962
United States Pretrial Services Officer              **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s) The Court Orders the **removal** of the below noted conditions of release from the defendant's bond:

1. The defendant must submit to supervision by Pretrial Service and must report immediately upon release and thereafter as directed by Pretrial Services; and
2. The defendant must maintain current employment, or if unemployed must seek and maintain verifiable employment, or must commence an educational program subject to approval by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____          April 6, 2023
**JUDICIAL OFFICER**                        **DATE**
Hon. Thomas S. Hixson
U.S. Magistrate Judge